IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICREDIT FINANCIAL SERVICES, INC.
d/b/a GM FINANCIAL SERVICES
4000 Embarcadero
Arlington TX  76014

    Plaintiff

  vs.                                    Civil Action #_____

U.S. DEPARTMENT OF JUSTICE;
MERRICK GARLAND, ATTORNEY GENERAL;
U.S. DRUG ENFORCEMENT ADMINISTRATION;
ANNE MILGRAM, ADMINISTRATOR
8701 Morrissette Drive
Springfield VA  22152

    and

MARIA ILEANA COTA
2525 104th Avenue
Apt 1226
Thornton CO  80233

    Defendant

**COMPLAINT IN REPLEVIN**
**AND FOR OTHER RELIEF**

Comes now the Plaintiff, AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL SERVICES, by and through counsel, JOHN C. HANRAHAN, ESQ., JOHN A. ANSELL, ESQ., and BROCK & SCOTT, PLLC, and does herewith petition this Court for issuance of a Writ of Replevin pursuant to Federal Rule of Civil Procedure 64 as against the Defendant, UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION ("DEA"), and for a final judgment awarding possession of personal

property to the Plaintiff or its value if the personal property has been eloigned, and states as follows:

## I.   NATURE OF THE ACTION

1. This action arises out of seizure by the Defendant UNITED STATES DRUG ENFORCEMENT ADMINISTRATION of a 2021 Cadillac Escalade automobile (VIN 1GYS4GKL3MR247957) during a drug enforcement raid which was conducted in Kansas. The vehicle is presently located within the District of Columbia, and is in the sole and exclusive possession of Defendant UNITED STATES DRUG ENFORCEMENT ADMINISTRATION.

2. The vehicle is titled in the name of Defendant MARIA ILEANA COTA, who was arrested as a part of the aforementioned drug enforcement raid, but upon information and belief is presently released pending trial.

3. Plaintiff AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL SERVICES has a purchase money lien against the title to the vehicle, and maintains that it has a superior possessory interest in the vehicle to that of both Defendant UNITED STATES DRUG ENFORCEMENT ADMINISTRATION and Defendant MARIA ILEANA COTA.

4. Plaintiff seeks this Court to enter a Writ of Replevin directing the U.S. Marshall to place the vehicle in Plaintiff's possession.

## II.   PARTIES

5. Plaintiff AMERICREDIT FINANCIAL SERVICES, INC., d/b/a GM FINANCIAL SERVICES is an auto finance company which maintains its places of business at various locations throughout the United States, and maintains an office in Arlington, Texas.

6. Defendant UNITED STATED DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION (hereinafter "Defendant" or "DEA") is an agency of the United State government and maintains its headquarters in the Commonwealth of Virginia.

7. Defendant MARIA ILEANA COTA is an adult resident of the State of Colorado, and is the owner of record of the subject vehicle.

8. The personal property or chattel which is the subject of this action is one 2021 Cadillac Escalade automobile, bearing vehicle identification number 1GYS4GKL3MR247957 (hereinafter the "Escalade").

### III. JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1346, and 1355.

10. This Court is the appropriate venue for this action because the subject personal property or chattel is located within this district.

### IV. BACKGROUND FACTS

11. On or about May 19, 2021, Maria I. Cota ("Cota") desired to purchase the above-referenced Escalade from Sewell Cadillac located in Dallas, Texas.

12. On May 19, 2021 Cota sought to borrow a sum of money from Plaintiff in order to finance the purchase of the Escalade, and made an application for a purchase money loan. See Loan Application dated May 19, 2021, attached hereto and incorporated herein as Exhibit #1.

13. The Plaintiff approved a loan to Cota in the amount of $114,366.79 at 2.90% interest *per annum* on the unpaid principal balance to be repaid over 72 months.

14. In exchange for providing the financing to purchase the Escalade, Cota executed a Motor Vehicle Retail Installment Sales Contract ("RISC") dated May 19, 2021, which contained, among other terms and provisions, the following:

> SECURITY INTEREST.  To secure all that you owe on this contract and all your promises in it, you give us a security interest in:
> 1. The vehicle including all accessories and parts now or later attached and any other goods financed in this contract;
> 2. All insurance proceeds and other proceeds received for the vehicle;
> 3. any insurance policy, service, contract or other contract financed by us and any proceeds of those contract; and
> 4. any refunds of charges included in this contract for insurance, or service contracts.
> This security interest also secures any extension or modification of this contract. The certificate of title must show our security interest in the vehicle.  You will no allow any other security interest to be placed on the title without our written permission.

See Motor Vehicle Retail Installment Sales Contract dated May 19, 2021, attached hereto and incorporated herein as Exhibit #2.

15. See Michigan Certificate of Title, attached hereto and incorporated herein as Exhibit #3.

16. The Plaintiff provided the funding to Cota as agreed, and has fully performed its duties and responsibilities under the RISC.

17. The Plaintiff has a purchase money security interest in the Escalade pursuant to the terms of the RISC and by operation of law.

18. On some unknown date subsequent to May 19, 2021, Defendant DEA seized and took possession of the Escalade from Cota as part of a drug enforcement raid and arrest.

19. Upon information and belief, Defendant Cota is not presently being detained as a result of the arrest and seizure.

20. Upon the representations of a DEA Special Agent, the Plaintiff believes and therefor avers that the Escalade remains in the control and possession of the Defendant DEA, and that the Escalade is presently located physically within the District of Columbia.

21. The loan from the Plaintiff to Defendant Cota is presently in default.  Cota has failed and refused to cure this default.

22. The Plaintiff does herewith believe and avers that DEA legal counsel has advised the Plaintiff and its counsel that DEA does not wish to retain possession of the Escalade, but will only surrender the seized Escalade upon issuance of a "comfort order" by a court of competent jurisdiction directing the vehicle's surrender to the Plaintiff.

## COUNT I
### Petition for Issuance of Writ of Replevin

23.  The allegations contained in paragraphs 1 through 22 of the Complaint are incorporated herein by reference.

24. By virtue of the Plaintiff's purchase money security interest in the Escalade, and by virtue of the Cota's default under the terms and conditions of the RISC, the Plaintiff has a possessory interest in the Escalade which is superior to any possessory interest therein maintained by either the DEA or Cota.

25. The Plaintiff sues the Defendant DEA for unjustly detaining the plaintiff's goods and chattels, to wit: one 2021 Cadillac Escalade automobile (VIN 1GYS4GKL3MR247957)  of the value of $123,475.00 dollars.

26.  The Plaintiff claims that the same be taken from the Defendant DEA and delivered to it; or, if it has been eloigned, that Plaintiff may have judgment entered in its favor as against Defendant DEA for its  value and all mesne profits and damages, which Plaintiff estimates at One Hundred Dollars ($100.00), besides costs.

27. Pursuant to D.C. Code §16-3701 *et seq.,* Plaintiff is entitled to issuance of a Writ of Replevin in order to obtain its lawful possession of the Escalade as a matter of law.

28. Pursuant to D.C. Code §16-3703, the Plaintiff submits the Affidavit of a duly authorized agent of GM FINANCIAL SERVICES in support of this Complaint, attached hereto and incorporated herein by reference.

WHEREFORE, the foregoing being true, Plaintiff GM FINANCIAL SERVICES prays as follows:

A. This Court issue a Writ of Replevin as against Defendant UNITED STATES DRUG ENFORCEMENT ADMINISTRATION directing the United States Marshall for this district to take the subject personal property or chattel known as one 2021 Cadillac Escalade automobile (VIN 1GYS4GKL3MR247957) and deliver the same to the Plaintiff; and

B. In the event that the subject property has been eloigned, this Court enter a judgment in favor of the Plaintiff as against Defendant UNITED STATES DRUG ENFORCEMENT ADMINISTRATION in an amount equal to the value of the property, plus all mesne profits and damages, plus court costs; and

C. For such further and other relief as this Court deems just and proper.

Respectfully submitted,
BROCK & SCOTT, PLLC


        */s/  John C. Hanrahan, Esq.*        
John C. Hanrahan, Esq.
DC Bar #412118
John A. Ansell, Esq.
DC Bar #978613
7564 Standish Place, #115
Rockville MD  20855
410-306-7821
John.Hanrahan@brockandscott.com
*Counsel for Plaintiff*